FILED
JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GREATER BAY BANK, N.A.

PLAINTIFF,

v. C.A. No. 04-524T

NEIL A. ROSENBERG and
LINDA ROSENBERG

DEFENDANTS.

## CONSENT JUDGMENT

By agreement and stipulation of the Plaintiff, Greater Bay Bank, N.A. ("Greater Bay Bank"), and the Defendant Neil A. Rosenberg ("Rosenberg"), and the Court being sufficiently advised, it is hereby ordered and adjudged as follows:

1. Judgment is entered in favor Greater Bay Bank against Rosenberg in the amount of $238,593.00, plus attorneys' fees in the amount of $9,000.00 (the "Indebtedness").

2. For pre-judgment interest on the Indebtedness at the rate of 18% per annum from the August 16, 2004 until the date of entry of the Judgment and post-judgment interest on the Judgment at the rate of 12% per annum until paid in full (provided, however, that if Rosenberg becomes the subject of a bankruptcy case, then the post-judgment shall accrue at the rate of 18% from the commencement of such bankruptcy case).

3. Upon entry of the Judgment, Greater Bay Bank shall be entitled to immediate possession of, and Rosenberg shall deliver immediately all of the Equipment (as that term is defined in the Complaint filed in this action) in his possession, custody or control to Greater Bay Bank.

4. To the extent that any portion of the Equipment is no longer in the possession, custody and/or control of Rosenberg, Rosenberg shall, within ten (10) business days of the date of

entry of the Judgment, provide Greater Bay Bank with documentation evidencing the transfer and/or sale of the portion of the Equipment no longer in the possession and/or control of Rosenberg.

5. Upon receipt of any or all of the Equipment, Greater Bay Bank may sell and/or lease any or all of the Equipment and shall apply the proceeds of any such sale or lease, less the costs and expenses of such sale or lease, to the Indebtedness.

6. The Court shall retain jurisdiction of this case to the extent necessary to enforce provisions of this Consent Judgment.

7. Greater Bay Bank shall be entitled to enforce this Consent Judgment immediately upon entry by the Clerk of the Court.

Date: June 14, 2005

Ernest C. Torres
Chief Judge, U.S. District Court

Consented to in form and substance:

Greater Bay Bank, N.A.
By its attorneys

Thomas S. Hemmendinger #3122
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02929

Date: June 10, 2005

Neil A. Rosenberg
By his attorneys

Janet J. Goldman, Esq.
51 Jefferson Boulevard
Warwick, RI 02888

Date: 5/26/05, 2005

Neil A. Rosenberg

Date: 5/26/05, 2005